## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Elexus Steward,

                Plaintiff,

                                  Case No. 1:25-cv-24963-BB

v.

Trans Union, LLC,

                Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant Trans Union, LLC, in this action pursuant to Rule 41(a)(1)(A)(ii). The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal with prejudice. It is respectfully requested that the matter be stayed for thirty (30) days to allow the parties to finalize settlement details.

Respectfully submitted on March 24, 2026:

/s/ Miranda Jackson
Miranda Jackson, Esq.
FBN 0098593
Attorney for Plaintiff
Your Good Lawyers
501 N Magnolia Ave
Orlando, FL 32801
(407) 710-0130
civil@yourgoodlawyers.com